

# IN THE
# TENTH COURT OF APPEALS

## No. 10-21-00169-CV

## IN RE JOHN PAUL JENKINS

## Original Proceeding

## From the 170th District Court
## McLennan County, Texas
## Trial Court No. 2019-1730-4

## DISSENTING  MEMORANDUM  OPINION

Because I would summarily deny the petition for writ of mandamus, I respectfully

dissent.

MATT JOHNSON
Justice

Dissenting opinion delivered and filed September 8, 2021

